IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40086
Summary Calendar
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

FRANCISCO ZEPEDA, JR.,

                              Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
(L:95-CR-127-1)
- - - - - - - - - -
November 1, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[1]

    Francisco Zepeda, Jr., appeals his conviction and sentence for possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(b)(1)(B).  Zepeda argues that the district court erred in denying his motion to suppress the marijuana discovered in his vehicle in which he was traveling.  Zepeda argues that the U.S. Border Patrol agent lacked reasonable suspicion to justify the stop of his vehicle.  We have reviewed the record and find no reversible

_____

    [1]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by the district court in its order denying the motion to suppress.  <u>See</u> <u>United States v. Zepeda</u>, No. L-95-127 (S.D. Tex. Aug. 14, 1995).

AFFIRMED.